**Christopher W. KENNEDY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65218.**

Missouri Court of Appeals, Western District.

June 30, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 2006.

Application for Transfer Denied Sept. 26, 2006.

Kent E. Gipson, Kansas City, MO, for appellant.

Evan Buchheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, Judge and PAUL M. SPINDEN, Judge.

## ORDER

PER CURIAM.

Christopher Kennedy appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).